**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

Date:                    7/29/04

Docket Number:           02-2746-pr
Short Title:             Maldonado v. Deboo
DC Docket Number:        02-cv-1249
DC:                      DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:                Honorable Robert Chatigny

*UNITED STATES COURT OF APPEALS FILED JUL 2 9 2004 SECOND CIRCUIT* (stamp)

   At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 29th day of July two thousand four.

Margarita Maldonado,
        Petitioner-Appellant,

        v.

Kuma Deboo, United States Immigration and Naturalization Service,
        Respondent-Appellee.

   A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

   Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

                                        Very truly yours,

                                        Roseann B. MacKechnie, Clerk

                                        By: *Joseph M. Rodriguez*
                                        Joseph Rodriguez
                                        Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
*Joseph M. Rodriguez*

                                        Certified:

                                        JUL 29 2004